UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARON MIRON,<br><br>        Plaintiff,<br><br>        v.<br><br>DR. LEWIS,<br><br>        Defendant(s). | Case No. 5:23-cv-01682-PA (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended Complaint without leave to amend and summarily dismissing this action with prejudice.

DATED: October 15, 2024

                                                             PERCY ANDERSON<br>
                                                             United States District Judge