JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARON MIRON, | Case No. 5:23-cv-01682-PA (DTB) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| DR. LEWIS, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: October 15, 2024

_____
PERCY ANDERSON
United States District Judge

1